UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

United States of America

                                  ORDER ACCEPTING PLEA ALLOCUTION

                                  06 Cr. 422(SCR)

          v.

Juan O. Esparza Chaires
_____

ROBINSON, J.

      The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated August 29, 2007, is approved and accepted.

      The Clerk of the court is directed to enter the plea.

Date: *Sept. 18, 2007*

                                  SO ORDERED:

                                  _____
                                  STEPHEN C. ROBINSON
                                  UNITED STATES DISTRICT JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```